In the Matter of AARON T., an Infant. ST. CHRISTOPHER'S, INC., Respondent; SHARON W., Respondent; ELLIOT GREEN, Nonparty Appellant; ST. VINCENT'S SERVICES, INC., Nonparty Respondent. (Proceeding No. 1.) In the Matter of TAMARSHIAN H., an Infant. ST. CHRISTOPHER'S, INC., Respondent; SHARON W., Respondent; ELLIOT GREEN, Nonparty Appellant; ST. VINCENT'S SERVICES, INC., Nonparty Respondent. (Proceeding No. 2.) [798 NYS2d 695]—In two proceedings pursuant to Social Services Law § 384-b to terminate parental rights on the ground of permanent neglect, the Law Guardian appeals from an order of the Family Court, Kings County (Elkins, J.), dated September 15, 2004, which, after a hearing, denied the petitions and dismissed the proceedings.

Ordered that the order is affirmed, without costs or disbursements.

The Family Court properly dismissed the petitions to termi-

nate the mother's parental rights as the petitioner failed to establish "permanent neglect" under Social Services Law § 384-b (7) (a) (*see Matter of Donovan R.,* 10 AD3d 398 [2004]; *Matter of Marielene T. R.,* 253 AD2d 882 [1998]). Krausman, J.P., Luciano, Spolzino and Lifson, JJ., concur.